UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08 MJ 2186 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| JOSE LOPEZ - GUTIERREZ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/**Magistrate Judge**,   **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

MARIA DE JESUS - ZAVALA - PARAMO

DATED: 7/30/08

RECEIVED 2008 JUL 30 A 11:07
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk
**B. LLOYD**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082