UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JOSE LOPEZ-GUTIERREZ ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08 MJ 2186 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

**JAN M. ADLER**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

VERONICA GONZALEZ-RANGEL

DATED: 7/30/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
    Deputy Clerk
    **B. LLOYD**