UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>vs.<br><br>Jose Lopez-Gutierrez<br>  Defendant(s) | CRIMINAL NO. 08mj2186<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mat. Wit Veronica Gonzalez-Rangel

DATED: 07/31/08

**LOUISA S. PORTER**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

R. F. MESSIG