UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 2186 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jose Lopez-Gutierrez | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District/~~Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mat. Wit Gerardo Martinez-Blanco

DATED: 07/31/08

RECEIVED
DUSM

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by
Deputy Clerk
R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082